JOHN McNULTY, Respondent, *v.* THE MOUNT MORRIS ELECTRIC LIGHT COMPANY, Appellant.

*McNulty* v. *Mount Morris Electric Light Co.*, 87 App. Div. 633, affirmed.
(Submitted December 13, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 30, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Samuel A. Beardsley* and *Henry J. Hemmens* for appellant.

*Frank M. Hardenbrook* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.